UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>LOCAL UNION 755,<br><br>  Defendants. | Case No.  1:23-cv-01163-JLT-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 6) |

Plaintiff Sergio Alvarez filed this lawsuit on August 4, 2023. (ECF No. 1). Plaintiff describes his claim as follows: "I lost my job including my wages my Union Hall should be helping me instead going against me I am behind on my bills." (*Id.* at 5) (alterations to capitalization). Plaintiff also filed an application to proceed *in forma pauperis*, which this Court denied without prejudice. (ECF Nos. 2, 5).

Now before the Court is Plaintiff's revised application to proceed *in forma pauperis*. (ECF No. 6). Upon review, Plaintiff has made the requisite showing required by § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is granted.

IT IS SO ORDERED.

Dated:  **August 21, 2023**          /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

1